In the Matter of the Claim of MARY J. LAWLER, Respondent, v. RITZ CARLTON HOTEL et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present —Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.